IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------  :
UNITED STATES OF AMERICA                          :
                                                  :  CASE NO.  4:05 CR 440
                   Plaintiff                      :
                                                  :
         -vs-                                     :
                                                  :
DAVID GRAJEK                                      :
                                                  :  ORDER OF TRANSFER OF A
                   Defendant                      :  RELATED CASE
------------------------------------------------  :
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This case is related to 4:04cr 578 United States v. Kevin Rouan; 4:04cr579 United States v. William Umbel and 4:05cr197 United States v. Frank Carbon, which were previously assigned to United States District Judge Peter C. Economus. Pursuant to Local Criminal Rule 57.9(b)(3), a case may be reassigned as related to an earlier assigned case with the concurrence of both the transferee and the transferor judges. The undersigned are the transferee and the transferor judges, each of whom consents to the transfer.

      IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

    /s/Peter C. Economus
UNITED STATES DISTRICT JUDGE

Dated: 25 October 2005